UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-SC-608 PJS/RLE

| | |
|---|---|
| UNITED STATES, ex rel <br> JOHN A. SNYDER (RELATOR) <br><br> Plaintiffs, <br><br> v. <br><br> CRITICAL CARE SERVICES, INC., <br> d/b/a Life Link III <br><br> Defendant. | **UNITED STATES' NOTICE OF INTERVENTION** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes for the sole purpose of settlement.

The Government requests that the relator's Complaint, this Notice, the United States' Complaint in Intervention and the attached proposed Order be unsealed upon the filing of this notice.

The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: November 8, 2012

BY: D. GERALD WILHELM
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5643
Attorney ID Number 117122
Email: Gerald.Wilhelm@usdoj.gov


SCANNED
NOV - 9 2012
U.S. DISTRICT COURT MPLS

**U.S. Department of Justice**
*United States Attorney*
*District of Minnesota*

600 U.S. Courthouse  (612) 664-5600
300 South Fourth Street
Minneapolis, MN 55415

November 8, 2012

Richard Sletten, Clerk
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   **United States, ex rel John A. Snyder v. Critical Care Services, Inc. et al**
      Civil No. 07-SC-608 PJS/LIB
      **FILED UNDER SEAL**

Dear Mr. Sletten:

Enclosed for filing is the United States' Notice of Intervention in regard to the above-entitled matter. A copy of the Notice along with a proposed Order, have been forwarded under separate cover to the Honorable Patrick J. Schiltz.

Sincerely,

B. TODD JONES
United States Attorney

BY: D. GERALD WILHELM
Assistant United States Attorney
Attorney ID No. 117122

Enclosures

RECEIVED NOV - 8 2012 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA