UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-CV-608 PJS/RLE

| | |
|---|---|
| UNITED STATES, ex rel<br>JOHN A. SNYDER (RELATOR)<br><br>Plaintiffs,<br><br>v.<br><br>CRITICAL CARE SERVICES, INC.,<br>d/b/a Life Link III<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The United States of America and John A. Snyder, through their respective counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A), hereby dismiss the Relator's complaint and the United States' Complaint in Intervention with prejudice, on the merits thereof.

Dated:  November 13, 2012        s/ D. Gerald Wilhelm
　　　　　　　　　　　　　　　　　D. GERALD WILHELM
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　Attorney for the United States
　　　　　　　　　　　　　　　　　300 S. Fourth Street
　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　Attorney ID Number 117122
　　　　　　　　　　　　　　　　　Email:  gerald.wilhelm@usdoj.gov
　　　　　　　　　　　　　　　　　Tel: (612) 664-5643

DATED:  November 12, 2012     BY: s/John A. Klassen
                                                                                       John A. Klassen (#24434X)
JOHN A. KLASSEN, P.A.
700 Lumber Exchange
100 South Fifth Street
Minneapolis, MN 55415

DATED:  November 12, 2012     BY: s/ Paul M. Floyd
Paul M. Floyd (#0147953)
WALLEN-FRIEDMAN & FLOYD, P.A.
860 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402

DATED:  November 12, 2012     BY: s/ Leny K. Wallen-Friedman
Leny K. Wallen-Friedman (#233894)
WALLEN-FRIEDMAN & FLOYD, P.A.
860 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402

**COUNSEL FOR RELATOR**